39945. LASTER v. THE STATE.

PER CURIAM.

The order of the trial court, which denied appellant's motion for bail and his request for a state-provided transcript of his bail bond

hearing, is hereby affirmed.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 13, 1983.

*Myers, Fennessy & Skipper, Richard E. Nettum,* for appellant.

*John R. Parks, District Attorney, Michael J. Bowers, Attorney General,* for appellee.